```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
TREMAIN GRAHAM,

        Plaintiff,                        ORDER

    -against-                             Civil Action No.
                                          CV-06-2065(DGT)
DETECTIVE ROBERT F. REED and
DETECTIVE SUSAN McDERMOTT,

        Defendants.
---------------------------------X
```
Trager, J.:

On July 12, 2007, Magistrate Judge Lois Bloom issued a report and recommendation recommending dismissal of plaintiff's complaint with prejudice pursuant to Fed. R. Civ. P. 37(b)(2)(C) for failure to comply with the court's orders to respond to discovery requests. No objection to this report and recommendation has been filed with the court. The court has reviewed the report and recommendation and adopts in full the recommendation contained in it. The Clerk of the Court is directed to enter judgment accordingly and to close the case.

Dated: Brooklyn, New York
       August 8, 2007

                                    SO ORDERED:

                                    ___/s/_____
                                    David G. Trager
                                    United States District Judge